IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON PASCHAL                                                                          PLAINTIFF

v.                              Case No. 1:12CV90 JTK

CAROLYN C. COLVIN, *Commissioner*,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 11th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE