IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON PASCHAL                                                                                    PLAINTIFF

V.                              Case No. 1:12CV00090 JTK

CAROLYN COLVIN,
Commissioner, Social
Security Administration
DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees and Other Expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (DE #16).  In the motion, Plaintiff requests $4,065.20 in fees and $17.85 in expenses.  The Commissioner has no objection.  After careful consideration, the Court hereby finds that the motion should be granted and that Plaintiff be awarded reasonable attorney's fees and expenses.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts.  *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees and Other Expenses (DE #16) is GRANTED.  Plaintiff is awarded $4,083.05.

IT IS SO ORDERED this 14th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE